IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____
                                                    )
CHESAPEAKE BAY FOUNDATION, INC., *et al.*, )
                                                    )
          Plaintiffs,    )
                                                    )
          v.                       )    Civil Action No. RDB-20-1064
                                                    )
ANDREW R. WHEELER, in his official    )
capacity as Administrator of the U.S.      )
Environmental Protection Agency, *et al.*, )
                                                    )
          Defendants.     )
_____)

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Plaintiffs Chesapeake Bay Foundation, Inc. and ShoreRivers, Inc. (collectively, "Plaintiffs"), jointly with Defendants Andrew R. Wheeler, in his official capacity as Administrator of the U.S. Environmental Protection Agency ("EPA"), EPA, Rickey Dale James, in his official capacity as Assistant Secretary of the Army (Civil Works), and the U.S. Army Corps of Engineers (collectively, the "Agencies"), by and through undersigned counsel move the Court to modify this Court's July 21 Scheduling Order. ECF No. 19.

Additionally, in accordance with the Scheduling Order's August 4 deadline to initially report whether there is unanimous consent to proceed before a United States Magistrate Judge, the Parties report that there is not unanimous consent to proceed before a United States Magistrate Judge.

In support of this motion, the Parties state the following:

1.    This case concerns a challenge to a final rule issued by the Agencies entitled "Navigable Waters Protection Rule: Definition of 'Waters of the United States,'" 85 Fed. Reg.

22,250 (Apr. 21, 2020) (the "2020 Rule"). The 2020 Rule defines "waters of the United States" under the Clean Water Act and replaced a rule entitled "Definition of 'Waters of the United States'—Recodification of Pre-Existing Rules," 84 Fed. Reg. 56,626 (Oct. 22, 2019) (the "2019 Rule").[1] The 2020 Rule went into effect on June 22, 2020, in all states except Colorado.[2]

2.  Plaintiffs initiated this lawsuit on April 27, 2020, challenging the 2020 Rule under the Administrative Procedure Act. ECF No. 1. Plaintiffs filed a separate lawsuit challenging the 2019 Rule on the same day. *See Chesapeake Bay Found., Inc. v. Wheeler*, No. RDB-20-1063 (D. Md.).

3.  The Agencies filed their answers to both Complaints on July 7, 2020. ECF No. 18; ECF No. 15 in No. RDB-20-1063.

4.  The Parties agree that pursuant to the Administrative Procedure Act, review of Plaintiffs' claims in this case will be based on the Agencies' administrative record for the 2020 Rule.[3] Discovery is neither necessary nor appropriate. Accordingly, the Parties propose that the Scheduling Order be modified to strike the following discovery-related deadlines:

> August 4, 2020: Report about deposition hours
>
> August 4, 2020: Deadline for conference about discovery of electronically stored information

---

[1] The 2019 Rule repealed a 2015 rule defining "waters of the United States" under the Clean Water Act and reinstated the pre-2015 regulatory definition.

[2] *Colorado v. EPA*, No. 20-cv-1461, 2020 WL 3402325, at *13 (D. Colo. June 19, 2020) (staying effective date of 2020 Rule in State of Colorado), *appeal docketed*, No. 20-1238 (10th Cir.). Another court declined to preliminarily enjoin the 2020 Rule in a challenge brought by 17 States, including Maryland, plus the District of Columbia and New York City. *See California v. Wheeler*, No. 3:20-cv-03005-RS, 2020 WL 3403072, at *8 (N.D. Cal. June 19, 2020).

[3] The Agencies will file the certified index for the administrative record in this case soon, which will include hyperlinks to each document's location on regulations.gov. *See* https://beta.regulations.gov/docket/EPA-HQ-OW-2018-0149 (docket for the 2020 Rule).

September 21, 2020: Plaintiff's Rule 26(a)(2) disclosures

October 19, 2020: Defendant's Rule 26(a)(2) disclosures

November 2, 2020: Plaintiff's rebuttal Rule 26(a)(2) disclosures

November 9, 2020: Rule 26(e)(2) supplementation of disclosures and responses

December 3, 2020: Discovery deadline; submission of status report

December 10, 2020: Requests for admission

5. Additionally, the Parties agree that a trial is neither necessary nor appropriate, as the claims in this case should be decided after the conclusion of briefing on cross-motions for summary judgment and a hearing (if one scheduled). Accordingly, the Parties request that the Scheduling Order be modified to include the following deadlines and page limits for summary judgment briefing:

August 11, 2020: Defendants' certified index of the administrative record

September 3, 2020: Plaintiffs' motion to challenge or supplement the administrative record

January 6, 2021: Plaintiffs' motion for summary judgment, limited to 45 pages

February 22, 2021: Defendants' combined response and cross-motion for summary judgment, limited to 45 pages

April 7, 2021: Plaintiffs' combined response and reply, limited to 30 pages

May 7, 2021: Defendants' reply, limited to 30 pages

For the foregoing reasons and as described above, the Parties respectfully request that this Court grant their joint motion to modify the Scheduling Order.

Dated: August 4, 2020               Respectfully submitted,

*/s/ Brittany Wright*
BRITTANY WRIGHT
JON MUELLER
Chesapeake Bay Foundation, Inc.
6 Herndon Ave.
Annapolis, MD 21403
Telephone: (443) 482-2077 (Wright)
             (443) 482-2162 (Mueller)
Facsimile:  (410) 268-6687
bwright@cbf.org
jmueller@cbf.org

*Counsel for Plaintiffs*

By:     */s/ Sonya J. Shea*

SONYA J. SHEA
Trial Attorney
Environmental Defense Section
U.S. Department of Justice
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone:  (303) 844-7231
Facsimile:  (303) 844-1350
sonya.shea@usdoj.gov

ERICA ZILIOLI
Trial Attorney
Environmental Defense Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone:  (202) 514-6390
Facsimile:  (202) 514-8865
Erica.Zilioli@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 4, 2020, I electronically transmitted the foregoing to the Clerk of Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to registered counsel for all parties.

*/s/ Brittany Wright*
Brittany Wright