# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

_____  )
                                     )
CHESAPEAKE BAY FOUNDATION, INC., *et al.*, )
                                     )
        Plaintiffs,  )
                                     )
   v.                            )   Civil Action No. RDB-20-1064
                                     )
ANDREW R. WHEELER, in his official   )
capacity as Administrator of the U.S. )
Environmental Protection Agency, *et al.*, )
                                     )
        Defendants.   )
_____  )

## [PROPOSED] ORDER

Upon consideration of the Joint Motion to Modify Scheduling Order and for good cause shown therein, it is HEREBY ORDERED:

That the motion is GRANTED; and

The Scheduling Order is modified as proposed in the Parties' Joint Motion.

|  |  |
|---|---|
| 8/4/2020 | /s/ _____ |
| Date | Hon. Richard D. Bennett<br>U.S. District Judge |

.